FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Osvaldo Correa-Martinez

**COMPLAINT**

(Enter above the full name of the plaintiff in this action)

V.

Civil Action No. _____

N.S.P., Officer Umana, Officer Torres
Officer Quispe, Officer Licea,
Sgt. Pittman, Officer John Doe, Medi-

(To be supplied by the Clerk of the Court)

RECEIVED

APR 2 2 2021

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

(Enter the full name of the defendant of defendants in this action)

Cal Dept., S.I.D., & Rutgers Health Care.

INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and  subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Usvaldo Correa-Martinez

5.  I previously have sought informal or formal relief from the appropriate
    administrative officials regarding the acts complained of in the
    Statement of Claims on page 6.

    ✓ Yes     ____ No

    If your answer is "Yes," briefly describe the steps taken, including how
    relief was sought, from whom you sought relief, and the results.

    _I wrote Greivance, Inquires & Reporter_
    _To Administration & S.I.D., But Until Today_
    _I Never Have $ A Answer From Any One_
    _Of Them._

    If your answer is "No," briefly explain why administrative remedies
    were not exhausted.

    _____

    _____

    _____

    _____

6.  Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how
    each defendant violated your rights, giving dates and places. If you do
    not specify how each defendant violated your rights and the date(s)
    and place of the violations, your complaint may be dismissed. Include
    also the names of other persons who are involved, including dates and
    places. Do not give any legal arguments or cite any cases or statutes.
    If you intend to allege a number of related claims, number and set
    forth each claim in a separate paragraph. Use as much space as you
    need. Attach a separate sheet if necessary.)

    _On 3-17-2020 -At 3P.M., I was In Infirmary In Medical_
    _Dept. When Officer Torres Open The Door & Ponch_
    _me Twist In The Chest With Out Warning & Told Me,_
    _"You Fuking snich, Next Time You Call S.I.D. On me I_
    _Am Going To Kill, Mother Fucker. Officer Was on The_
    _Door Watching. On 3-17-2020 Officer Torres Open The_
    _Door Againg (4P.M) And Kick Me In My Right Nee & Told_
    _Me The Same Thing He Told Me At 3 P. m._

_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

      (✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of __April__ , 20_2_ _1_

_____

                    Signature of plaintiff*


(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

Third Defendant
  Name: Officer Torres
  Position: Officer
Place Of Employment: N.S.P.
Incident Involvement: Assault Me, & Police Brutality, & Police Misconduct.

Fourth Defendant
  Name: Officer Quispe
  Position: Officer
Place Of Employment — N.S.P.
Incident Involvement — He witness The Hole Incident & Fail To Help Me And To Protect Me.

Fifth Defendant
  Name: Officer Licea
 Position: Officer
Place Of Employment: N.S.P.
Incident Involvement: He Try To Help Me & To Id Umana To Take It Easy On Me Because I Was Very Sick.

Sixth Defendant
 Name: Sgt. PittMan
 Position: Sgt.
Place Of Work:- N.S.P.
Involvement- She Did Nothing To Protect me From Officer Umana & She was There.

Seventh
 Name: Officer John Doe
 Position: Officer
Place Of Work: N.S.P.
Involvement: He Allmost Brake My Right Hand Wend I Pass To E.D.

Eighth - Medical Dept. Fail To Protect me From This Officers, Because The Incident was In Infirmary -N.S.P.
Place Of Work — N.S.P. (Infirmary).

Ninth, S.I.D., Put Me In S.U. Until → As T.C.C. Status
They Can Move me To Another Prision Went :
They See How This Officer Want To Heart Me
Went I Pass E.d. On 3-25-20 They Transfer Me To E.J.S.P.
Work Place - N.S.P.

Tenth - Ruguers Health Care
Are The Insurance Company For Medical &
Mental Health Dept.
Place of Work - N.S.P.

## **ACCOUNT CERTIFICATION FORM**

Osvaldo  Correa-Martinez
_____
**Inmate Name**

853511A / 1202349
_____
**Inmate Number**

I certify that the attached trust fund account statement is true and correct.

March 30, 2021
_____
Date

Donald W. Pross
_____
Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS**: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis 28 U.S.C. § 1915 (b) (2) (April 26, 1996). Pursuant to the statute, once an initial partial fee is paid the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount exceeds $10.00; until the entire filing fee has been paid.

COIPRAS      **NORTHERN STATE PRISON**      OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 09/01/2020    -    03/30/2021

**SBI #:** 000853511A     **Name:** CORREA-MARTINEZ, OSVALDO     **DOB:** 04/01/1961
**LOCATION:** NSP-NORTH-C1W-119B      **INM#** 1202349
**PED:** 06/02/2022     **As of Date:** 06/02/2022     **Max Date:** 08/23/2026

| LOCATION | SUB | ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|---|
| CRAF | 2101 | SPENDABLE | 0.00 | 0.00 | |
| EJSP | 2101 | SPENDABLE | 0.00 | 0.00 | |
| EJSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| EJSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |
| NSP | 2101 | SPENDABLE | 0.00 | 3.80 | |
| NSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| NSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |
| SWSP | 2101 | SPENDABLE | 0.00 | 0.00 | |
| SWSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| SWSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| RXL | PHARMACY LOAN | 09/02/2019 | @ SWSP | 1.00 | 1.00 | 0.00 | ACTIVE |
| MEDL | MEDICAL LOAN | 09/02/2019 | @ SWSP | 5.00 | 5.00 | 0.00 | ACTIVE |
| TCL | TELEPHONE CALL LOAN | 05/31/2019 | @ NSP | 5.63 | 2.60 | 3.03 | ACTIVE |
| COPL | LEGAL COPY LOAN | 05/13/2019 | @ NSP | 6.10 | 0.40 | 5.70 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 04/25/2019 | @ NSP | 19.74 | 10.99 | 8.75 | ACTIVE |
| MEDL | MEDICAL LOAN | 04/08/2019 | @ NSP | 35.00 | 28.10 | 6.90 | ACTIVE |
| RXL | PHARMACY LOAN | 03/11/2019 | @ NSP | 13.00 | 11.00 | 2.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 08/27/2020 | @ EJSP | 8.05 | 0.00 | 8.05 | ACTIVE |
| COPL | LEGAL COPY LOAN | 07/29/2020 | @ EJSP | 11.53 | 0.00 | 11.53 | ACTIVE |
| RXL | PHARMACY LOAN | 03/30/2020 | @ EJSP | 25.00 | 0.00 | 25.00 | ACTIVE |
| MEDL | MEDICAL LOAN | 03/30/2020 | @ EJSP | 25.00 | 17.16 | 7.84 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | PAS170100045I | | 30.00 | 1.86 | 28.14 | ACTIVE |
| CDRC | $100 CRIMINAL DISP. AND REV. COLLECTION | PAS170100045I | | 6.00 | 6.00 | 0.00 | ACTIVE |
| VWAF | $100 VICTIMS AND WITNESS ADVOCACY FUND | PAS170100045I | | 16.00 | 16.00 | 0.00 | ACTIVE |
| VCCBX | >100 VICTIMS OF CRIME COMPENSATION BOARD | PAS170100045I | | 50.00 | 50.00 | 0.00 | ACTIVE |
| VCCB | $100 VICTIMS OF CRIME COMPENSATION BOARD | PAS170100045I | | 78.00 | 78.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | PAS170100045I | | 225.00 | 0.00 | 225.00 | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 08262019 | @SWSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 02142019 | @NSP | | 1.75 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 03252020 | @EJSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 02072019 | @CRAF | | 0.00 | UNLIMITED | ACTIVE |

COIPRAS                         **NORTHERN STATE PRISON**                         OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 09/01/2020  -  03/30/2021

**SBI #:** 000853511A          **Name:** CORREA-MARTINEZ, OSVALDO          **DOB:** 04/01/1961
**LOCATION:** NSP-NORTH-C1W-119B                                           **INM#** 1202349

---

### TRANSACTION DESCRIPTIONS     2103 RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| | | | BEGINNING BALANCE: | | 0.00 |
| 10/15/2020 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 10/20/2020 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |
| 11/25/2020 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 12/01/2020 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |

---

### TRANSACTION DESCRIPTIONS     2102 WORK RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| | | | BEGINNING BALANCE: | | 0.00 |
| 10/15/2020 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 10/20/2020 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |
| 11/25/2020 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 12/01/2020 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |

---

### TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| | | | BEGINNING BALANCE: | | 0.00 |
| 09/15/2020 | EJSP | FPAY | 3BS /JAN UN /FPAY /RG:1 21 @1.30   08/03/2020-08/31/2020 | 27.30 | 27.30 |
| 09/15/2020 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 12.30 |
| 09/15/2020 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 27.30 |
| 09/15/2020 | EJSP | DED | FPAY-DEDUCTION-VCCBX-PAS170100045I | (9.01) | 18.29 |
| 09/15/2020 | EJSP | DED | FPAY-DEDUCTION-MEDL-03302020 | (3.29) | 15.00 |
| 09/21/2020 | EJSP | RXL | PHARMACY LOAN | 2.00 | 17.00 |
| 09/21/2020 | EJSP | RX | AUTOPAYMENT: RX 14-SEP-20 | (2.00) | 15.00 |
| 09/22/2020 | EJSP | CRS | COMMISSARY SALE - ORD #10069792 | (13.45) | 1.55 |
| 09/28/2020 | EJSP | RXL | PHARMACY LOAN | 1.00 | 2.55 |
| 09/28/2020 | EJSP | RX | AUTOPAYMENT: RX 25-SEP-20 | (1.00) | 1.55 |
| 09/28/2020 | EJSP | RXL | PHARMACY LOAN | 3.00 | 4.55 |
| 09/28/2020 | EJSP | RX | AUTOPAYMENT: RX 23-SEP-20 | (3.00) | 1.55 |
| 10/02/2020 | EJSP | CEC | COMMISSARY RETURN - ORD #10069792 | 1.80 | 3.35 |
| 10/13/2020 | NSP | AD | CASH ON ARRIVAL | 0.00 | 3.35 |
| 10/15/2020 | EJSP | FPAY | 3BS /JAN UN /FPAY /RG:1 9 @1.30   09/01/2020-09/17/2020 4DN /JAN UN /FPAY /RG:1 12 @1.30   09/15/2020-09/30/2020 | 27.30 | 30.65 |

COIPRAS                    **NORTHERN STATE PRISON**                    OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 09/01/2020   - 03/30/2021

**SBI #:** 000853511A          **Name:** CORREA-MARTINEZ, OSVALDO     **DOB:**   04/01/1961
**LOCATION:** NSP-NORTH-C1W-119B                                      **INM#**   1202349

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| 10/15/2020 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 15.65 |
| 10/15/2020 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 30.65 |
| 10/15/2020 | EJSP | DED | FPAY-DEDUCTION-VCCBX-PAS170100045I | (9.01) | 21.64 |
| 10/15/2020 | EJSP | DED | FPAY-DEDUCTION-MEDL-03302020 | (3.29) | 18.35 |
| 10/15/2020 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | (18.35) | 0.00 |
| 10/19/2020 | NSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 10/19/2020 | NSP | MED | AUTOPAYMENT: MED 13-OCT-20 | (5.00) | 0.00 |
| 10/20/2020 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 18.35 | 18.35 |
| 10/29/2020 | NSP | AD | CASH ON ARRIVAL | 0.00 | 18.35 |
| 11/13/2020 | EJSP | FPAY | 4DN /JAN  UN  /FPAY  /RG:1 0 @1.30      10/01/2020-11/13/2020 | 0.00 | 18.35 |
| 11/23/2020 | EJSP | FPAY | PAYROLL OCT 2020 4DN 2  $1.30  7 DAYS | 9.10 | 27.45 |
| 11/23/2020 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (9.10) | 18.35 |
| 11/23/2020 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 9.10 | 27.45 |
| 11/24/2020 | NSP | CRS | COMMISSARY SALE - ORD #10129259 | (11.57) | 15.88 |
| 11/25/2020 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | (9.10) | 6.78 |
| 11/30/2020 | NSP | RXL | PHARMACY LOAN | 1.00 | 7.78 |
| 11/30/2020 | NSP | RX | AUTOPAYMENT: RX 24-NOV-20 | (1.00) | 6.78 |
| 12/01/2020 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 9.10 | 15.88 |
| 12/22/2020 | NSP | CRS | COMMISSARY SALE - ORD #10150913 | (13.06) | 2.82 |
| 01/11/2021 | NSP | RXL | PHARMACY LOAN | 1.00 | 3.82 |
| 01/11/2021 | NSP | RX | AUTOPAYMENT: RX 06-JAN-21 | (1.00) | 2.82 |
| 01/13/2021 | NSP | COP | COPIES | (0.10) | 2.72 |
| 01/18/2021 | NSP | FPAY | R12 /JAN  UN  /FPAY  /RG:1 3 @1.30      12/29/2020-12/31/2020 | 3.90 | 6.62 |
| 01/18/2021 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (3.90) | 2.72 |
| 01/18/2021 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 3.90 | 6.62 |
| 02/01/2021 | NSP | MEDL | MEDICAL LOAN | 5.00 | 11.62 |
| 02/01/2021 | NSP | MED | AUTOPAYMENT: MED 27-JAN-21 | (5.00) | 6.62 |
| 02/16/2021 | NSP | FPAY | R12 /JAN  UN  /FPAY  /RG:1 19 @1.30     01/01/2021-01/29/2021 | 24.70 | 31.32 |
| 02/16/2021 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 16.32 |
| 02/16/2021 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 31.32 |
| 02/16/2021 | NSP | DED | FPAY-DEDUCTION-VCCBX-PAS170100045I | (8.15) | 23.17 |
| 02/16/2021 | NSP | DED | FPAY-DEDUCTION-MEDL-04082019 | (1.55) | 21.62 |
| 02/23/2021 | EJSP | CL | CLOSE ACCOUNT - CASH | 0.00 | 21.62 |
| 03/01/2021 | NSP | CRS | COMMISSARY SALE - ORD #10204934 | (21.42) | 0.20 |
| 03/01/2021 | NSP | COPL | LEGAL COPIES LOAN | 0.20 | 0.40 |
| 03/01/2021 | NSP | COP | COPIES | (0.40) | 0.00 |

COIPRAS                    **NORTHERN STATE PRISON**                    OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 09/01/2020    -   03/30/2021

**SBI #:**  000853511A        **Name:** CORREA-MARTINEZ, OSVALDO    **DOB:**   04/01/1961
**LOCATION:** NSP-NORTH-C1W-119B                                    **INM#**   1202349

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| 03/15/2021 | NSP | FPAY | R12 /JAN UN /FPAY /RG:1 19 @1.30    02/01/2021-02/26/2021 | 24.70 | 24.70 |
| 03/15/2021 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 9.70 |
| 03/15/2021 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 24.70 |
| 03/15/2021 | NSP | DED | FPAY-DEDUCTION-VCCBX-PAS170100045I | (6.29) | 18.41 |
| 03/15/2021 | NSP | DED | FPAY-DEDUCTION-LEOTEF-PAS170100045I | (1.86) | 16.55 |
| 03/15/2021 | NSP | DED | FPAY-DEDUCTION-MEDL-04082019 | (1.55) | 15.00 |
| 03/15/2021 | NSP | CEC | COMMISSARY RETURN -ES 03/01/2021 | 1.59 | 16.59 |
| 03/22/2021 | NSP | CRS | COMMISSARY SALE - ORD #10218858 | (12.79) | 3.80 |

From: Osualdo Correa-Martinez
Northern State Prision
168 Frontage Rd., P.O. Box 2300
Newark, N.J. 07114
S.B.I.# 855511A, State# 1402347
C-1-W, Cell# 119-B

NEOPOST          FIRST-CLASS MAIL
04/16/2021
US POSTAGE   $007.45⁰

ZIP 07114
041M11454838

RECEIVED

APR 22 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7011 1150 0001 7061 8179

— Legal Mail —